UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

C R 5 2 0 - 0 0 7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | FILED UNDER SEAL |
| | ) | |
| JACKIE KAVASKIA MCMILLAN, | ) | 21 U.S.C. § 846 |
|   a/k/a "BIJAY," | ) | Conspiracy to Possess |
| CHRISTINA VERONDA ALEXANDER, | ) | with Intent to Distribute |
| MICAH JASON IVEY, | ) | and to Distribute a |
|   a/k/a "SCORPIO," | ) | Controlled Substance |
| BRAD NIKITA VICKERS, | ) | |
| SHANAZIA SHAZANE BROCK, | ) | 18 U.S.C § 924(o) |
|   a/k/a "NAN," | ) | Conspiracy to Use, Carry |
| JOSHUA DEMOND MCGINTY, | ) | or Possess Firearms |
|   a/k/a "OOU," | ) | |
| JAMES LAMAR MCGINTY, | ) | 21 U.S.C. § 841(a)(1) |
|   a/k/a "GANG GANG," | ) | Distribution of Controlled |
| ANTHONY QASHAWN KILLIEBREW, | ) | Substance |
|   a/k/a "LUK," | ) | |
| ANTION DEWAYNE BYRD, | ) | 18 U.S.C. § 922(g)(1) |
|   a/k/a "RABBIT," | ) | Possession of a Firearm |
| PHILLIP LLOYD MORGAN, | ) | by a Prohibited Person |
|   a/k/a "TREE TOP," | ) | |
| TABITHA NICOLE WELDON, | ) | 18 U.S.C. § 924(c) |
|   a/k/a "PINK," | ) | Possession of a Firearm |
| LEO VONZA PENDER, | ) | in Furtherance of a |
|   a/k/a "METRO," | ) | Drug-Trafficking Crime |
| COTY KEATRON BAILEY, | ) | |
|   a/k/a "CODEEN," | ) | 21 U.S.C. § 856(a) |
| ELLIS LOWE, JR., | ) | Maintaining Drug-Involved |
|   a/k/a "BUKK," | ) | Premises |
| ROBERT LEE PEAK IV, | ) | |
|   a/k/a "PEAKO," | ) | 21 U.S.C. § 843(b) |
| DANIEL LARONN LOWE, | ) | Unlawful Use of |
|   a/k/a "BOOCHIE," | ) | Communication Facility |
| JAVARRA DESHON VICKERS, | ) | |
|   a/k/a "SHON," | ) | 18 U.S.C. § 2 |
| ALFONZO JERROD BREWTON, | ) | Aiding and Abetting |
| MONTEL JERMAINE JACKSON, | ) | |
|   a/k/a "TEEZY," | ) | |
| ANA LISA MARIA GARCIA, | ) | |

GEORGE WILLIAM RELIFORD,                    )
BRENDA LYNN SLOAN,                          )
JEFFREY BRIAN VOORHEES,                     )
GLORIA JEAN VICKERS,                        )
RODNEY ANTONIO SHAW,                        )
    a/k/a "BLACK,"                          )
KENRIC JAMAL LOTT,                          )
    a/k/a "BIG LOTT,"                       )
MARQUIS JEROME JACQUES,                     )
    a/k/a "JOC,"                            )
MONTANA MCGINTY,                            )
AMOS TYRONE BRANTLEY III,                   )
AVIE ANN WRIGHT,                            )
ERICK EUGENE HUNTER,                        )
EDEN DIANNE WRIGHT,                         )
    a/k/a "E,"                              )
RICHARD YOUNG,                             )
REGGIE RAYNARD JOHNSON,                    )
    a/k/a "TWIN,"                           )
ALEXANDER REYES TYSON,                     )
RICARDO LEON,                              )
    a/k/a "MIGO,"                           )
    a/k/a "RICKY,"                          )
MICHAEL LATRELLA SCOTT,                    )
    a/k/a "MICAH SCOTT,"                    )
    a/k/a "MIKE G,"                         )
NAIYAH NICOLE WILLIAMS,                    )
TOMIKA NICOLE EVANS,                       )
    a/k/a "T-DOG,"                          )
MICHAEL ANTHONY THOMAS,                    )
    a/k/a "BIG MIKE,"                       )
ZACHARY BRIAN RODRIGUES,                   )
CHRISTOPHER DOWNING STONE,                 )
IDALIS QUA DAZIA HARRELL,                  )
JESSICA AZAELAE BURNETT,                   )
    a/k/a "THE MADAM,"                      )
EBONY DESIREE SMILEY,                      )
    a/k/a "BABY GIRL,"                      )
NATHAN FABRON IRVING,                      )
MAKAROSI MAURICE WALKER,                   )
    a/k/a "JAZZ,"                           )
RONNIE DALE MOORE,                         )
    a/k/a "GUAP"                            )

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Conspiracy to Possess with Intent to Distribute and to*
*Distribute Controlled Substances*
21 U.S.C. § 846

Beginning on a date at least as early as November 2018, up to and including the return date of this indictment, the precise dates being unknown, in Bacon, Coffee, Emanuel, Jeff Davis, Pierce, and Wheeler Counties, within the Southern District of Georgia, in the Middle District of Georgia, in the Northern District of Georgia, and elsewhere, the defendants,

**JACKIE KAVASKIA MCMILLAN,**
**a/k/a "BIJAY,"**
**CHRISTINA VERONDA ALEXANDER,**
**MICAH JASON IVEY,**
**a/k/a "SCORPIO,"**
**BRAD NIKITA VICKERS,**
**SHANAZIA SHAZANE BROCK,**
**a/k/a "NAN,"**
**JOSHUA DEMOND MCGINTY,**
**a/k/a "OOU,"**
**JAMES LAMAR MCGINTY,**
**a/k/a "GANG GANG,"**
**ANTHONY QASHAWN KILLIEBREW,**
**a/k/a "LUK,"**
**ANTION DEWAYNE BYRD,**
**a/k/a "RABBIT,"**
**PHILLIP LLOYD MORGAN,**
**a/k/a "TREE TOP,"**
**TABITHA NICOLE WELDON,**
**a/k/a "PINK,"**
**LEO VONZA PENDER,**
**a/k/a "METRO,"**
**COTY KEATRON BAILEY,**
**a/k/a "CODEEN,"**
**ELLIS LOWE, JR.,**
**a/k/a "BUKK,"**

3

ROBERT LEE PEAK IV,
a/k/a "PEAKO,"
DANIEL LARONN LOWE,
a/k/a "BOOCHIE,"
JAVARRA DESHON VICKERS,
a/k/a "SHON,"
ALFONZO JERROD BREWTON,
MONTEL JERMAINE JACKSON,
a/k/a "TEEZY,"
ANA LISA MARIA GARCIA,
GEORGE WILLIAM RELIFORD,
BRENDA LYNN SLOAN,
JEFFREY BRIAN VOORHEES,
GLORIA JEAN VICKERS,
RODNEY ANTONIO SHAW,
a/k/a "BLACK,"
KENRIC JAMAL LOTT,
a/k/a "BIG LOTT,"
MARQUIS JEROME JACQUES,
a/k/a "JOC,"
MONTANA MCGINTY,
AMOS TYRONE BRANTLEY III,
AVIE ANN WRIGHT,
ERICK EUGENE HUNTER,
EDEN DIANNE WRIGHT,
a/k/a "E,"
RICHARD YOUNG,
REGGIE RAYNARD JOHNSON,
a/k/a "TWIN,"
ALEXANDER REYES TYSON,
RICARDO LEON,
a/k/a "MIGO,"
a/k/a "RICKY,"
MICHAEL LATRELLA SCOTT,
a/k/a "MICAH SCOTT,"
a/k/a "MIKE G,"
NAIYAH NICOLE WILLIAMS,
TOMIKA NICOLE EVANS,
a/k/a "T-DOG,"
MICHAEL ANTHONY THOMAS,
a/k/a "BIG MIKE,"
ZACHARY BRIAN RODRIGUES,
CHRISTOPHER DOWNING STONE,
IDALIS QUA DAZIA HARRELL,

JESSICA AZAELAE BURNETT,
a/k/a "THE MADAM,"
EBONY DESIREE SMILEY,
a/k/a "BABY GIRL,"
NATHAN FABRON IRVING,
MAKAROSI MAURICE WALKER,
a/k/a "JAZZ,"
RONNIE DALE MOORE,
a/k/a "GUAP,"

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, a mixture or substance containing a detectable amount of cocaine base ("crack-cocaine"), cocaine hydrochloride, oxycodone, and hydrocodone, Schedule II controlled substances, a mixture or substance containing a detectable amount of quantity of marijuana, and eutylone ("bath salts"), Schedule I controlled substances, and  a mixture or substance containing a detectable amount of alprazolam ("Xanax"), a Schedule IV controlled substance.

## OBJECT OF THE CONSPIRACY

The object of the conspiracy was to possess with intent to distribute and to distribute controlled substances in the Southern District of Georgia and elsewhere for financial gain, or profit, or status.

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy for one or more members of the conspiracy to agree:

    a.    to serve in different roles in the conspiracy;

    b.    to associate with the Gangster Disciples and other criminal organizations to aid in the distribution of controlled substances for protection and to promote a climate of fear;

    c.    to possess firearms as tools of the drug trade in order to protect themselves, the drugs, and the proceeds made from the illegal drug distribution, and to retaliate against perceived threats against the organization;

    d.    to use coded language to facilitate the drug trafficking operation;

    e.    to operate "trap houses" to store and distribute controlled substances, to store tools of the drug trade, and to store proceeds from drug sales;

    f.    to use cell phones to coordinate drug shipments and drug distribution;

    g.    to keep other conspirators informed of activities, plan future transactions, and share information about drug trafficking activity for the purpose of avoiding detection and ensuring the success of the criminal organization;

    h.    to use correctional officers to coordinate drug shipments and to distribute drugs and cell phones in Georgia correctional facilities; and

    i.    to distribute controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1) and 846; and Title 18, United States Code, Section 2.

**COUNT TWO**
*Conspiracy to Use, Carry or Possess Firearms*
18 U.S.C. § 924(o)

Beginning on a date at least as early as November 2018, up to and including the return date of this indictment, the precise dates being unknown, in Coffee County, within the Southern District of Georgia, and elsewhere, the defendants,

**BRAD NIKITA VICKERS,**
**JOSHUA DEMOND MCGINTY,**
**a/k/a "OOU,"**
**JAMES LAMAR MCGINTY,**
**a/k/a "GANG GANG,"**
**TABITHA NICOLE WELDON,**
**a/k/a "PINK,"**
**COTY KEATRON BAILEY,**
**a/k/a "CODEEN,"**
**DANIEL LARONN LOWE,**
**a/k/a "BOOCHIE,"**

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown to commit an offense against the United States, that is to knowingly and unlawfully possess, use, brandish and carry firearms, in furtherance of, and during and in relation to a drug trafficking crime, to wit: conspiracy to possess with the intent to distribute controlled substances, an offense which they can be prosecuted in a Court of the United States, as charged in Count One of this Indictment.

All done in violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(o), and Title 18, United States Code, Section 2.

## COUNT THREE
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about February 11, 2019, in Coffee County, within the Southern District

of Georgia, the defendant,

### MARQUIS JEROME JACQUES,
### a/k/a "JOC,"

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

8

## COUNT FOUR
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about February 12, 2019, in Coffee County, within the Southern District of Georgia, the defendant,

### MARQUIS JEROME JACQUES,
a/k/a "JOC,"

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

9

## COUNT FIVE
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about February 15, 2019, in Coffee County, within the Southern District

of Georgia, the defendant,

### MARQUIS JEROME JACQUES,
a/k/a "JOC,"

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about February 19, 2019, in Coffee County, within the Southern District of Georgia, the defendant,

### MAKAROSI MAURICE WALKER,
### a/k/a "JAZZ,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit, a SCCY, model CPX-1, 9mm pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about February 21, 2019, in Coffee County, within the Southern District

of Georgia, the defendant,

### MARQUIS JEROME JACQUES,
### a/k/a "JOC,"

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about February 28, 2019, in Pierce and Coffee Counties, within the Southern District of Georgia, the defendants,

**MARQUIS JEROME JACQUES,**
**a/k/a "JOC,"**
**and**
**KENRIC JAMAL LOTT,**
**a/k/a "BIG LOTT,"**

each being aided and abetted by the other and others, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT NINE
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about March 14, 2019, in Coffee County, within the Southern District of Georgia, the defendant,

### MONTANA MCGINTY,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

14

<u>COUNT TEN</u>
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about March 28, 2019, in Coffee County, within the Southern District of

Georgia, the defendants,

**BRAD NIKITA VICKERS,**
**and**
**SHANAZIA SHAZANE BROCK,**
**a/k/a "NAN,"**

each being aided and abetted by the other and others, did knowingly and intentionally

distribute a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18,

United States Code, Section 2.

## COUNT ELEVEN
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about March 28, 2019, in Coffee County, within the Southern District of Georgia, the defendant,

### AMOS TYRONE BRANTLEY III,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

16

<u>**COUNT TWELVE**</u>
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about April 4, 2019, in Bacon County, within the Southern District of

Georgia, the defendant,

**KENRIC JAMAL LOTT,**
**a/k/a "BIG LOTT,"**

did knowingly and intentionally distribute 50 grams or more of methamphetamine,

a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about April 12, 2019, in Coffee County, within the Southern District of

Georgia, the defendant,

## AMOS TYRONE BRANTLEY III,

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOURTEEN
*Distribution of Controlled Substance (Cocaine Hydrochloride)*
21 U.S.C. § 841(a)(1)

On or about April 12, 2019, in Coffee County, within the Southern District of

Georgia, the defendant,

### SHANAZIA SHAZANE BROCK,
a/k/a "NAN,"

did knowingly and intentionally distribute a mixture or substance containing a

detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

19

## COUNT FIFTEEN
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 9, 2019, in Coffee County, within the Southern District of

Georgia, the defendant,

### SHANAZIA SHAZANE BROCK,
a/k/a "NAN,"

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIXTEEN
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 23, 2019, in Coffee County, within the Southern District of

Georgia, the defendant,

### RODNEY ANTONIO SHAW,
### a/k/a "BLACK,"

did knowingly and intentionally distribute a mixture or substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTEEN
### *Possession with Intent to Distribute a Controlled Substance*
### *(Methamphetamine, Oxycodone, Marijuana, and Alprazolam ("Xanax"))*
### 21 U.S.C. § 841(a)(1)

On or about May 25, 2019, in Coffee County, within the Southern District of

Georgia, the defendant,

### RONNIE DALE MOORE,
### a/k/a "GUAP,"

did knowingly and intentionally possess with intent to distribute a mixture or

substance containing a detectable amount of methamphetamine, and oxycodone,

Schedule II controlled substances, a mixture or substance containing a detectable

amount of marijuana, a Schedule I controlled substance, and a mixture or substance

containing a detectable amount of alprazolam ("Xanax"), a Schedule IV controlled

substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHTEEN
*Distribution of Controlled Substance (Cocaine Base ("Crack"))*
21 U.S.C. § 841(a)(1)

On or about July 31, 2019, in Coffee County, within the Southern District of Georgia, the defendant,

### BRAD NIKITA VICKERS,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT NINETEEN**
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine, Cocaine Base ("Crack"), Marijuana, and Alprazolam ("Xanax"))*
21 U.S.C. § 841(a)(1)

On or about August 4, 2019, in Coffee County, within the Southern District of Georgia, the defendant,

**BRAD NIKITA VICKERS,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, and cocaine base ("crack"), Schedule II controlled substances, a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of alprazolam ("Xanax"), a Schedule IV controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about August 4, 2019, in Coffee County, within the Southern District of Georgia, the defendant,

### BRAD NIKITA VICKERS,

did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment, and Possession of a Controlled Substance with Intent to Distribute, as charged in Count Nineteen of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT TWENTY-ONE
*Distribution of Controlled Substance (Hydrocodone)*
21 U.S.C. § 841(a)(1)

On or about August 22, 2019, in Coffee County, within the Southern District of Georgia, the defendant,

## GLORIA JEAN VICKERS,

being aided and abetted by others, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of hydrocodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT TWENTY-TWO
*Distribution of Controlled Substance*
*(Methamphetamine and Eutylone ("Bath Salts"))*
21 U.S.C. § 841(a)(1)

On or about August 22, 2019, in Coffee County, within the Southern District

of Georgia, the defendants,

**BRAD NIKITA VICKERS,**
**and**
**SHANAZIA SHAZANE BROCK,**
**a/k/a "NAN,"**

each being aided and abetted by the other and others, did knowingly and intentionally

distribute 5 grams or more of methamphetamine, a Schedule II controlled substance,

and a mixture or substance containing a detectable amount of eutylone ("bath salts"),

a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18,

United States Code, Section 2.

27

## COUNT TWENTY-THREE
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about September 20, 2019, in Coffee County, within the Southern District of Georgia, the defendant,

### ANTHONY QASHAWN KILLIEBREW,
a/k/a "LUK,"

did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FOUR
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about September 20, 2019, in Coffee County, within the Southern

District of Georgia, the defendant,

## LEO VONZA PENDER,
### a/k/a "METRO,"

did knowingly and intentionally possess with intent to distribute 50 grams or more

of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FIVE
*Distribution of Controlled Substance*
*(Methamphetamine and Eutylone ("Bath Salts"))*
21 U.S.C. § 841(a)(1)

On or about September 25, 2019, in Coffee County, within the Southern District of Georgia, the defendant,

### BRAD NIKITA VICKERS,

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of eutylone ("bath salts"), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-SIX
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about September 25, 2019, in Coffee County, within the Southern

District of Georgia, the defendants,

### ANTHONY QASHAWN KILLIEBREW,
#### a/k/a "LUK,"
#### and
### COTY KEATRON BAILEY,
#### a/k/a "CODEEN,"

each being aided and abetted by the other and others, did knowingly and intentionally

distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18,

United States Code, Section 2.

31

## COUNT TWENTY-SEVEN
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 4, 2019, in Coffee County, within the Southern District of Georgia, the defendant,

### JEFFREY BRIAN VOORHEES,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit, a Cobra Enterprise, model FS380, .380 semiautomatic pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWENTY-EIGHT
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about October 26, 2019, in Coffee County, within the Southern District of Georgia, the defendants,

### CHRISTINA VERONDA ALEXANDER,
### and
### PHILLIP LLOYD MORGAN,
### a/k/a "TREE TOP,"

each being aided and abetted by the other and others, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY-NINE
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about October 26, 2019, in Coffee County, within the Southern District of Georgia, the defendants,

**ZACHARY BRIAN RODRIGUES,**
and
**CHRISTOPHER DOWNING STONE,**

each being aided and abetted by the other and others, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT THIRTY
*Possession with Intent to Distribute a Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about November 8, 2019, in Coffee County, within the Southern District of Georgia, the defendant,

### IDALIS QUA DAZIA HARRELL,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

35

## COUNT THIRTY-ONE
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about December 28, 2019, in Jeff Davis County, within the Southern District of Georgia, the defendants,

**CHRISTINA VERONDA ALEXANDER,**
**and**
**RICHARD YOUNG,**

each being aided and abetted by the other and others, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT THIRTY-TWO
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine, Marijuana, and Alprazolam ("Xanax"))*
21 U.S.C. § 841(a)(1)

On or about December 28, 2019, in Jeff Davis County, within the Southern District of Georgia, the defendants,

**CHRISTINA VERONDA ALEXANDER,**
**and**
**NAIYAH NICOLE WILLIAMS,**

each being aided and abetted by the other and others, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of alprazolam ("Xanax"), a Schedule IV controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT THIRTY-THREE
*Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)

Beginning on a date unknown and continuing up to December 28, 2019, in Jeff Davis County, within the Southern District of Georgia, the defendant,

### NAIYAH NICOLE WILLIAMS,

aided and abetted by others, knowingly opened, leased, rented, used, or maintained a place, that is, 23 L Street, Hazlehurst, Georgia, for the purpose of manufacturing, distributing, or using a controlled substance, specifically, methamphetamine, and managed and controlled said place and knowingly and intentionally rented, leased, profited from, and made available for use said place for the purpose of unlawfully manufacturing, storing, distributing, and using said substance.

All in violation of Title 21, United States Code, Section 856(a) and Title 18, United States Code, Section 2.

## COUNT THIRTY-FOUR
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about December 28, 2019, in Jeff Davis County, within the Southern District of Georgia, the defendant,

### CHRISTINA VERONDA ALEXANDER,

knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit, a Ruger, model LCP, .380 caliber pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THIRTY-FIVE
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about December 30, 2019, in Coffee County, within the Southern District

of Georgia, the defendant,

**MICAH JASON IVEY,**
**a/k/a "SCORPIO,"**

did knowingly and intentionally possess with intent to distribute 50 grams or more

of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY-SIX
*Distribution of Controlled Substance (Cocaine Hydrochloride)*
21 U.S.C. § 841(a)(1)

On or about February 25, 2020, in Coffee County, within the Southern District of Georgia, the defendant,

### ROBERT LEE PEAK IV,
### a/k/a "PEAKO,"

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS THIRTY-SEVEN THROUGH FIFTY-SEVEN
*Unlawful Use of Communication Facility*
21 U.S.C. § 843(b)

On or about the dates listed below, in the Southern District of Georgia and elsewhere, the defendants listed below, aided and abetted by each other and others and by others known and unknown, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing, and facilitating the conspiracy to possess with intent to distribute, and to distribute controlled substances, as alleged in Count One of this Indictment, which constitutes a felony violation of Title 21, United States Code, Section 846:

| COUNT | DEFENDANT(S) | DATE AND TIME | SESSION AND TELEPHONE NUMBERS |
|---|---|---|---|
| 37 | SHANAZIA SHAZANE BROCK a/k/a "NAN" and ANTION DEWAYNE BYRD | August 31, 2019 11:16 p.m. | 1654 912-850-2504 912-592-4551 |
| 38 | BRAD NIKITA VICKERS and GLORIA JEAN VICKERS | September 14, 2019 10:37 a.m. | 1187 912-850-5432 912-292-5918 |
| 39 | BRAD NIKITA VICKERS and ERICK EUGENE HUNTER | September 15, 2019 12:42 a.m. | 1391 912-850-5432 912-331-8033 |
| 40 | BRAD NIKITA VICKERS and ALFONZO JERROD BREWTON | September 19, 2019 12:45 p.m. | 2752 912-850-5432 912-501-6531 |
| 41 | BRAD NIKITA VICKERS and EDEN DIANNE WRIGHT | September 20, 2019 9:58 p.m. | 3250 912-850-5432 912-327-9524 |

| COUNT | DEFENDANT(S) | DATE AND TIME | SESSION AND TELEPHONE NUMBERS |
|---|---|---|---|
| 42 | BRAD NIKITA VICKERS and GEORGE WILLIAM RELIFORD | September 21, 2019 1:15 p.m. | 3407 912-850-5432 229-425-4866 |
| 43 | BRAD NIKITA VICKERS and MONTEL JERMAINE JACKSON a/k/a "TEEZY" | September 21, 2019 1:42 p.m. | 3411 912-850-5432 407-635-7845 |
| 44 | BRAD NIKITA VICKERS and MICHAEL ANTHONY THOMAS a/k/a "BIG MIKE" | September 25, 2019 3:27 p.m. | 4536 912-850-5432 912-331-9106 |
| 45 | BRAD NIKITA VICKERS and MICHAEL ANTHONY THOMAS a/k/a "BIG MIKE" | September 30, 2019 1:41 p.m. | 6105 912-850-5432 912-331-9106 |
| 46 | BRAD NIKITA VICKERS and MONTEL JERMAINE JACKSON a/k/a "TEEZY" | September 30, 2019 5:41 p.m. | 6148 912-850-5432 407-635-7845 |
| 47 | BRAD NIKITA VICKERS and EDEN DIANNE WRIGHT | October 2, 2019 10:30 p.m. | 6748 912-850-5432 912-327-9524 |
| 48 | BRAD NIKITA VICKERS and AVIE ANN WRIGHT | October 3, 2019 8:08 p.m. | 6995 912-850-5432 912-327-0162 |
| 49 | BRAD NIKITA VICKERS and GEORGE WILLIAM RELIFORD | October 4, 2019 7:29 p.m. | 7373 912-850-5432 229-425-4866 |
| 50 | BRAD NIKITA VICKERS and BRENDA LYNN SLOAN | October 8, 2019 12:36 p.m. | 8360 912-850-5432 912-592-3687 |

| COUNT | DEFENDANT(S) | DATE AND TIME | SESSION AND TELEPHONE NUMBERS |
|---|---|---|---|
| 51 | BRAD NIKITA VICKERS and TABITHA NICOLE WELDON, a/k/a "PINK" | October 10, 2019 7:31 p.m. | 9086 912-850-5432 912-292-8857 |
| 52 | BRAD NIKITA VICKERS and BRENDA LYNN SLOAN | October 21, 2019 4:59 p.m. | 12087 912-850-5432 912-592-3687 |
| 53 | BRAD NIKITA VICKERS and GLORIA JEAN VICKERS | October 25, 2019 3:57 p.m. | 12981 912-850-5432 912-292-5918 |
| 54 | BRAD NIKITA VICKERS and ANA LISA MARIA GARCIA | October 25, 2019 5:33 p.m. | 13005 912-850-5432 478-241-1605 |
| 55 | BRAD NIKITA VICKERS and ALFONZO JERROD BREWTON | October 28, 2019 6:40 p.m. | 13799 912-850-5432 912-501-6531 |
| 56 | BRAD NIKITA VICKERS and AVIE ANN WRIGHT | October 31, 2019 1:35 p.m. | 14684 912-850-5432 912-327-0162 |
| 57 | CHRISTINA VERONDA ALEXANDER and JESSICA AZAELAE BURNETT, a/k/a "THE MADAM" | November 8, 2019 1:14 p.m. | 4670 404-596-3348 912-850-7366 |

All done in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Fifty-Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction for any offense in violation of Title 21, United States Code set forth in this Indictment, Defendants:

JACKIE KAVASKIA MCMILLAN,
a/k/a "BIJAY,"
CHRISTINA VERONDA ALEXANDER,
MICAH JASON IVEY,
a/k/a "SCORPIO,"
BRAD NIKITA VICKERS,
SHANAZIA SHAZANE BROCK,
a/k/a "NAN,"
JOSHUA DEMOND MCGINTY,
a/k/a "OOU,"
JAMES LAMAR MCGINTY,
a/k/a "GANG GANG,"
ANTHONY QASHAWN KILLIEBREW,
a/k/a "LUK,"
ANTION DEWAYNE BYRD,
a/k/a "RABBIT,"
PHILLIP LLOYD MORGAN,
a/k/a "TREE TOP,"
TABITHA NICOLE WELDON,
a/k/a "PINK,"
LEO VONZA PENDER,
a/k/a "METRO,"
COTY KEATRON BAILEY,
a/k/a "CODEEN,"
ELLIS LOWE, JR.,
a/k/a "BUKK,"
ROBERT LEE PEAK IV,
a/k/a "PEAKO,"

DANIEL LARONN LOWE,
a/k/a "BOOCHIE,"
JAVARRA DESHON VICKERS,
a/k/a "SHON,"
ALFONZO JERROD BREWTON,
MONTEL JERMAINE JACKSON,
a/k/a "TEEZY,"
ANA LISA MARIA GARCIA,
GEORGE WILLIAM RELIFORD,
BRENDA LYNN SLOAN,
JEFFREY BRIAN VOORHEES,
GLORIA JEAN VICKERS,
RODNEY ANTONIO SHAW,
a/k/a "BLACK,"
KENRIC JAMAL LOTT,
a/k/a "BIG LOTT,"
MARQUIS JEROME JACQUES,
a/k/a "JOC,"
MONTANA MCGINTY,
AMOS TYRONE BRANTLEY III,
AVIE ANN WRIGHT,
ERICK EUGENE HUNTER,
EDEN DIANNE WRIGHT,
a/k/a "E,"
RICHARD YOUNG,
REGGIE RAYNARD JOHNSON,
a/k/a "TWIN,"
ALEXANDER REYES TYSON,
RICARDO LEON,
a/k/a "MIGO,"
a/k/a "RICKY,"
MICHAEL LATRELLA SCOTT,
a/k/a "MICAH SCOTT,"
a/k/a "MIKE G,"
NAIYAH NICOLE WILLIAMS,
TOMIKA NICOLE EVANS,
a/k/a "T-DOG,"
MICHAEL ANTHONY THOMAS,
a/k/a "BIG MIKE,"
ZACHARY BRIAN RODRIGUES,
CHRISTOPHER DOWNING STONE,
IDALIS QUA DAZIA HARRELL,
JESSICA AZAELAE BURNETT,
a/k/a "THE MADAM,"

**EBONY DESIREE SMILEY,**
**a/k/a "BABY GIRL,"**
**NATHAN FABRON IRVING,**
**MAKAROSI MAURICE WALKER,**
**a/k/a "JAZZ,"**
**RONNIE DALE MOORE,**
**a/k/a "GUAP"**

Shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, the offense(s), including but not limited to all United States currency and vehicles used in the offenses, including:

   a. $12,056;

   b. 1975 Chevrolet Impala, Vin: 1L39H5J257409;

   c. 2008 Chevrolet Tahoe – Wagon 4 Door, Vin: 1GNFC13058R266597;

   d. 2010 Ford Mustang GT, Vin: 1ZVBP8FH5A5159839;

   e. 2012 Chevrolet Camaro LT, Vin: 2G1FC3D37C9169944;

   f. Ford Taurus SEL, Vin: 1FAHP2E99DG19793;

   g. 2014 Ford Mustang, Vin: 1ZVBP8AM2E5218842;

   h. 2014 Dodge Charger, Vin: 2C3CDXBG0EH174551.

   Upon conviction of any offense alleged in this Indictment, the above named defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Sections 2461(c) any firearm and ammunition involved in that offense, including but not limited to:

   a.    Cobra Enterprise, model FS380, .380 Auto, serial number FS01587;
   b.    Glock, model 27, .40 S&W, serial number RZC910;

c.    Smith & Wesson, model M&P 45, .45 ACP, serial number HTL1061;

d.    Romarm/Cugir, model Micro Draco, 7.62 x 39mm, serial number PMD-03461-17RD;

e.    Maverick Arms, Inc. (by O.F. Mossberg & Sons Inc.), model 88, 12-gauge, serial number MV54981N;

f.    Intratec, .22 LR, model Scorpion, serial number 015728;

g.    Black and Tan, model Glock 17, 9mm pistol, serial number BFPY640;

h.    LR Tactical Smith and Wesson Rifle, model M7P 15-22, .22 caliber, serial number DFD4446;

i.    DTI AR-15, model DTI-16, 556/.223 caliber, serial number DTI-S183178;

j.    Springfield Armory, model XP45, .45 caliber pistol, serial number US717990;

k.    Pink Charter Arms, model 53230 "Pink Lady", .38 caliber pistol, serial number 103090;

l.    Taurus, model G2C, 9mm pistol, serial number TMC84119;

m.    Ruger, model LCP, .380 caliber pistol, serial number 371830106;

n.    Taurus, model TH40, .40 caliber pistol, serial number SLY34694;

o.    Ruger, model 03725 LCP-PG, .380 caliber pistol, serial number 372164655;

p.    Jennings, model T380, .380 caliber pistol, serial number 1468984;

q.    Smith and Wesson, model SD40, .40 caliber pistol, serial number FZS0538;

r.    Taurus International, model MPG, .38 caliber revolver, serial number LN54188;

s.    Smith and Wesson, model M&P, .45 caliber pistol, serial number HTL1061;

t.    SCCY, model CPX-1, 9mm pistol, serial number 636872.

If any of the property described above, as a result of any act or commission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.


Foreperson

Bobby L. Christine
United States Attorney


Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

Joseph P. McCool
Assistant United States Attorney
Lead Counsel *


E. Greg Gilluly, Jr.
Assistant United States Attorney
Co-counsel*